IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **GLEN ODOM** | |
| **PETITIONER** | Civil Action No. 3:20CV-00212-JHM-HHB |
| V. | SENIOR JUDGE JOSEPH H. MCKINLEY, JR. |
| **ANNA VALENTINE** | |
| **RESPONDENT** | |

## JUDGMENT

In accordance with the Order of the Court **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. The petition for writ of habeas corpus is **dismissed with prejudice** and judgment is entered in favor of Respondent.

2. A Certificate of Appealability is **denied**; and

3. This is a **final** judgment and the matter is **stricken** from the active docket of the Court.

Date: May 18, 2023

Joseph H. McKinley Jr., Senior Judge
United States District Court

Copies to: Glen Odom, *pro se*
Counsel of record

1