Case # 3:20CV-212-JHM

FILED
JAMES J. VILT, JR. - CLERK
JUL 0 3 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

TO: Court Clerk
FROM: Glenn Odom #219489
DATE: June 27, 2023
RE: Case summary; Receipt of I.F.P. request / Appeal issues

Dear Court Clerk:

    On or around June 16, 2023 I mailed my intended issues to be raised on appeal, I.F.P. request, and six (6) month account statement.
    The prison has not sent me any receipts of mailing. As such, may I have a case summary to determine if I need to re-mail said documents? Thank you for any help you may provide.

Sincerely,

Glenn Odom #219489
KSP
266 Water Street
Eddyville, KY. 42038

Glenn Odom #219484
KSP-7F #1
266 Water Street
Eddyville, KY. 42038

U.S. District Court
501 W. Broadway St. rm# 127
Paducah, KY. 42001-6801



02 1P
0000935041
MAILED FROM ZIP CODE 42038
$000.63°
JUN 29 2023
PITNEY BOWES

42001365855 0005