FILED
JAMES J. VILT, JR. - CLERK
JUL 10 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

GLENN D. ODOM — PETITIONER

v     Case No. 3:20-cv-212-JHM

ANNA VALENTINE — RESPONDENT

## MOTION TO EXTEND DEADLINE AND MOTION TO AMEND

Comes now Petitioner/Appellant, Glenn Odom, pro se, and moves this Court to extend his filing fee deadline and to allow him to amend his intended issues for appeal. In support, Petitioner states the following:

1) Petitioner has timely filed his motion to proceed I.F.P. on appeal, intended issues for appeal, and six (6) month account statement prior to the July 14, 2023 deadline.

2) Petitioner now seeks to pay the $505.00 filing fee in full and amend his intended issues for appeal (to clarify/add/erase issues).

**WHEREFORE**, Petitioner prays that this allow him until **August 1, 2023** in which to amend his intended issues for appeal and pay the filing fee in full.

Date: July 6, 2023

Respectfully Submitted,
Glenn Odom, pro se
KSP
266 Water Street
Eddyville, KY. 42038

Glenn Odom #219489
KSP
266 Water Street
Eddyville, KY. 42038

FILED
JAMES J. VILT, JR. - CLERK

JUL 10 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

EVANSVILLE IN 476
6 JUL 2023 PM 2 L



U.S. District Court
501 W. Broadway St. RM#127
Paducah, KY. 42001-6801

42001-685627

KSP UNCENSORED
INMATE MAIL

JUL 06 2023
5:57A